```
Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213
```

Counsel for CHRISTOPHER SANDERS, II

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CRS 08-243 JAM |
| ) | |
| Plaintiff,    ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v.    ) | CONFERENCE |
| ) | |
| CHRISTOPHER SANDERS, II,    ) | |
| ) | |
| Defendant.    ) | |
| _____ ) | |

**REASONS FOR REQUEST**

The United States Probation Office is preparing a pre-plea probation report. Counsel for Mr. Sanders is in the process of obtaining and transferring to the U.S. Attorney's Office, and to the U.S. Probation Officer preparing the report, information regarding Mr. Sander's well documented mental and I.Q. status which relates to the presentence investigation. Additional time is needed by Mr. Sanders' counsel for this endeavor. For this reason all parties are in agreement with this requested continuance of the status conference.

**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for Tuesday, February 10, 2009 at 1:30 p.m. be continued without appearance, for the reasons set forth above, to **Tuesday, March 3, 2009 at 9:30 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through October 18, 2007 due to complexity of the case (with regard to mental status) and in the interest of justice to allow the defense time to gather and provide necessary information to the United States and to the United States Probation Office for the purpose of effectuating an appropriate negotiated plea if possible.

**Dated: February 6, 2009**

**/s/ Mr. Samuel Wong, Esq. (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**

**/s/ Mr. Robert M. Holley, Esq.**
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for MR. SANDERS**

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above-entitled case, presently scheduled for Tuesday, February 10, 2009 at 1:30 p.m., be continued without appearance to **Tuesday, March 3, 2009 at**

**9:30 a.m.**

It is further ordered that time be excluded through October 18, 2007 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

**Dated: February 10, 2009**

**/s/ John A. Mendez**
**THE HONORABLE JOHN A. MENDEZ**
**United States District Court Judge**