```
 1  Robert M. Holley
    Attorney at Law
 2  State Bar No. 50769
    331 J Street, Suite 200
 3  Sacramento, California 95814
    Telephone:  (916) 443-2213
 4
    Counsel for CHRISTOPHER SANDERS, II
 5
 6
 7
 8
                 IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,    )  No. 2:08-cr-243 JAM
12                               )
              Plaintiff,         )  AMENDED STIPULATION AND ORDER
13                               )  CONTINUING STATUS CONFERENCE AND
         v.                      )  EXCLUDING
14                               )  TIME UNDER THE SPEEDY TRIAL ACT
    CHRISTOPHER SANDERS, II,     )
15                               )
              Defendant.         )
16  _____)
17
18                      REASONS FOR REQUEST
19     The United States Probation Office has very recently prepared a
20  pre-plea probation report which sets forth guidelines unanticipated by
21  either party.  The report also contains evidentiary information which
22  was not previously known by the defense.  Both the United States and
23  the defense need additional time to review the report and negotiate a
24  disposition absent trial if the same can be reasonably accomplished.
25  The task of negotiating a resolution of this case is made more complex
26  based on the defendant's mental aptitude, while not incompetent within
27  the meaning of 18 U.S.C. § 4241, is in the lower than average range,
28  and requires additional time and effort by defense counsel to explain
```

| | |
|---|---|
| 1 | the ramifications of any proposed plea agreement to his client. |
| 2 | Accordingly both parties are requesting a continuance of the status |
| 3 | conference. |

### STIPULATION

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for Tuesday, March 3, 2009 at 9:30 a.m. be continued without appearance, for the reasons set forth above, to Tuesday, March 31, 2009 at 9:30 a.m.

It is further stipulated and agreed between the parties that the time period from the date of this stipulation, March 2, 2009, through and including March 31, 2009, shall be excluded from computation of time within which the trial of the above criminal prosecution must commenced under the Speedy Trial Act on the grounds that the case is so unusual or so complex within the meaning of the Speedy Trial Act and for defense preparation for the reasons described in this stipulation, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: February 6, 2009**

**/s/ *Mr. Samuel Wong, Esq.* (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**

**/s/ *Mr. Robert M. Holley, Esq.***
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for MR. SANDERS**

**ORDER**

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that, given the very recent disclosure of the pre-plea presentence report to the parties, defendant's lower than average mental aptitude, and the need for defense counsel to have additional time to review and explain the pre-plea report and any negotiated proposed resolution to his client, the case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act and the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

    Based on these findings, IT IS ORDERED that the time period from the date of the stipulation, March 2, 2009, to and including the date of the new status conference, March 31, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

///
///
///

|   | |
|---|---|
| 1 | IT IS FURTHER HEREBY ORDERED that the status conference in the above-entitled case, presently scheduled for Tuesday, March 3, 2009 at 9:30 a.m., be continued without appearance to Tuesday, March 31, 2009 at 9:30 a.m. |

        IT IS FURTHER HEREBY ORDERED that the status conference in the above-entitled case, presently scheduled for Tuesday, March 3, 2009 at 9:30 a.m., be continued without appearance to Tuesday, March 31, 2009 at 9:30 a.m.

**Dated: March 3, 2009**

**/s/ John A. Mendez**
**THE HONORABLE JOHN A. MENDEZ**
**United States District Court Judge**