```
                                          FILED
                                          February 28, 2013
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                          CALIFORNIA
                                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHRISTOPHER SANDERS, )<br>)<br>Defendant. ) | CASE NUMBER: 2:08-cr-00243-JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Christopher Sanders</u>; Case <u>2:08-cr-00243-JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    <u>X</u>    Release on Personal Recognizance, and terms and conditions previously imposed under supervised release.

    _    Bail Posted in the Sum of _____

    _    Unsecured Appearance Bond in the amount of $

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Supervised Release Conditions.</u>

Issued at <u>Sacramento, CA</u> on 2/28/2013 at 2:25 pm

By _/s/ Carolyn Delaney_

Carolyn K. Delaney
United States Magistrate Judge