HEATHER WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHRISTOPHER SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-243-JAM |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEY** |
| v. ) | |
| CHRISTOPHER SANDERS, ) | |
| Defendant. ) | |
| _____ ) | |

It is respectfully requested that Assistant Federal Defender COURTNEY FEIN and the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that COURTNEY FEIN, Attorney at Law, P.O. Box 191552, Sacramento, California, 95819; telephone number (916) 382-4792, be substituted in as appointed counsel for Mr. Sanders.

Dated:  July 23, 2013                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ *Courtney Fein*
                                          COURTNEY FEIN
                                          Assistant Federal Defender
                                          Attorney for Defendant

I accept the substitution and ask to be appointed.

DATED: July 23, 2013                           /s/ Courtney Fein
                                               COURTNEY FEIN
                                               Attorney at Law

I consent to the substitution.

DATED: July 23, 2013                           /s/ *Christopher Sanders*
                                               CHRISTOPHER SANDERS
                                               Defendant

# O R D E R

IT IS HEREBY ORDERED, effective August 1, 2013, withdrawing the Federal Defender as counsel and appointing Courtney Fein as ad hoc CJA counsel pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App.I, §B(3).

DATED:  7/24/2013

                                               /s/ John A. Mendez
                                               HON. JOHN A. MENDEZ
                                               United States District Court Judge