COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone: (916) 382-4792

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-243 JAM |
| Plaintiff, | AMENDED RELEASE ORDER |
| | Date: August 1, 2013 |
| vs. | Judge: Hon. John A. Mendez |
| CHRISTOPHER SANDERS, | |
| Defendant | |

On July 30, 2013, this matter came before the court for admit/deny hearing on the pending supervised release violation petition. Mr. Sanders admitted all charges contained in the petition. In order to accomplish his release from custody and his enrollment in the residential treatment program, The Effort Inc., the parties and the probation officer agree that the court should order Mr. Sanders released from custody.

O R D E R

Good cause having been shown, the United States Marshal is hereby ordered to release Christopher Sanders from custody forthwith.

IT IS SO ORDERED.

Dated: August 2, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge